92 F.3d 1171
 Anthony Maceri, Antonino Enterprises, Inc.
v.
Robert Cimmino, Construction Official, Borough of Cliffside
Park, Brian T. McGuirt, Cliffside Park Borough Clerk,
Stephen T. Boswell, Borough Engineer, Christos, J. Diktas,
Diktas & Habeeb, a Law Partnership, Thomas Tormey, Gerald A.
Calabrese, as Mayor Cliffside Park, Calabrese & Company
Realty, Inc., Gerald A. Calabrese, Jr., John Doe(s)
 NOS. 95-5224, 95-5423, 95-5464
 United States Court of Appeals,
Third Circuit.
 July 05, 1996
 Appeal From: D.N.J., No. 93-cv-03803
 
 1
 AFFIRMED.